UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-20509-4 |
| Plaintiff,<br>v. | F. Kay Behm<br>United States District Judge |
| ROBERT WIGGINS | **C**urtis Ivy, Jr.<br>United States Magistrate Judge |
| Defendant,<br>_________________________________/ | |

**ORDER TO CANCEL ARREST WARRANT**

**IT IS HEREBY ORDERED** that the United States Marshals Service return the unexecuted arrest warrant to this Court;

**AND IT IS FURTHER ORDERED** that upon return of the unexecuted arrest warrant, the arrest warrant for Robert Wiggins entered on July 14, 2026, shall be cancelled.

**SO ORDERED.**

Date: September 15, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge